TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00188-CR

Clayton Emilienburg, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF CALDWELL COUNTY

NO. 25630, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

Clayton Emilienburg perfected an appeal from his conviction for assault. See Tex.
R. App. P. 25.2(c). He represents himself on appeal. The clerk's fee has not been paid and the
clerk's record has not been filed. See Tex. R. App. P. 35.3(a). The Court notified appellant that
the appeal would be dismissed if the clerk's record was not paid for by September 7, 1999. The
Court received no response to this notice and payment has not been made. The appeal is
dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: October 7, 1999

Do Not Publish